**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JULIETH LOPEZ,

Petitioner,

v. No. 2:26-cv-00492-DHU-KRS

WARDEN CASTRO, Otero County Processing Center; MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, U.S. Attorney General,

Respondents.

## FINAL JUDGMENT

This matter is before the Court on the Status Report filed by Respondents, which reflects they timely complied with the Memorandum Opinion and Order (Doc 4) granting habeas relief. The Court granted relief under 28 U.S.C. § 2241 after immigration officials dismissed Petitioner's removal proceeding and determined she is entitled to admission in the United States. The Court directed Respondents to release Petitioner from custody no later than March 3, 2026. *See* Doc. 4 at 3. The Status Report reflects Petitioner was timely released on March 2, 2026.

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed February 27, 2026 (Doc. 4), the Court will issue its final judgment disposing of the case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART**; and the Clerk's Office may close the civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE